**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNIVERSAL ATLANTIC SYSTEMS, INC.,** | |
| Plaintiff, | Civil Action No. 2:20-cv-5291 |
| vs. | |
| **BOSTON MARKET CORPORATION** | |
| Defendant. | |

### PLAINTIFF, UNIVERSAL ATLANTIC SYSTEMS, INC.'S AND PROPOSED SUBSTITUTED PARTY, SUNSET LEGACY, INC.'S MOTION TO SUBSTITUTE PARTY PURSUANT TO RULE 25 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff, Universal Atlantic Systems, Inc., and proposed substituted party, Sunset Legacy, Inc. f/k/a UAS Sunset, Inc. ("Sunset Legacy"), by and through their undersigned counsel, respectfully move pursuant to Rule 25(c) of the Federal Rule of Civil Procedure to substitute Sunset Legacy, Inc., as the plaintiff due to a transfer of interest and for the reasons more fully stated in the attached Memorandum of Law which is incorporated herein by reference.  Boston Market has consented to the relief sought herein.

**WHEREFORE**, Plaintiff, Universal Atlantic Systems, Inc., and proposed substituted party, Sunset Legacy, Inc., respectfully request that an Order be entered substituting Sunset Legacy, Inc., as the Plaintiff in this matter.

**RHOADES LLC**


By:    /s/ Mark L. Rhoades
         MARK L. RHOADES, ESQUIRE
         Attorney ID No. 80641
         mrhoades@rhoadesllc.com
         1812 Berlin Road
         Cherry Hill, NJ 08003
         215-496-9002 T
         215-893-3960 F

         Counsel for Plaintiff,
         Universal Atlantic Systems, Inc.
         And Proposed Substituted Party, Sunset
         Legacy, Inc.

Dated:   March 24, 2022