IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNIVERSAL ATLANTIC SYSTEMS, INC., | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | NO. 20-5291 |
| BOSTON MARKET CORPORATION, *et al.*, | : | |
| *Defendants*. | : | |

# JUDGMENT

**AND NOW**, this 9th day of June, 2023, following a bench trial, and upon consideration of the parties post-trial submissions (Doc. Nos. 73 and 74), it is hereby **ORDERED** that **JUDGMENT IS ENTERED** in favor of Plaintiff and against Defendant in the amount of **$1,044,041.42**.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**